UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORGHAM AZIZ<br><br>  Plaintiff(s)<br><br>v.<br><br>HARMINDER PAL SINGH, et al.<br><br>  Defendant(s) | CASE No C 4:17-cv-01571-HSG<br><br>STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☒ **Private ADR** *(specify process and provider)*
  Michael Ney
  1211 Newell Avenue
  Walnut Creek, CA  94596

*Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you must file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*
- ☒ other requested deadline: May 11, 2018

Date: June 20, 2017

_____
Attorney for Plaintiff

Date: June 20, 2017

_____
Attorney for Defendant

---

☐ IT IS SO ORDERED
☒ IT IS SO ORDERED WITH MODIFICATIONS: The ADR deadline is November 30, 2017.

Date: 6/29/2017

_____
U.S. DISTRICT/MAGISTRATE JUDGE

---

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."*

Form ADR-Stip rev. 1-2017